UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

v.

LEWIS LI,

Defendant.
--------------------------------------------------------X

**SCHEDULING ORDER**

7:25-cr-475 (PMH)

At the request of the parties, the status conference scheduled for January 28, 2026 is re-scheduled to January 22, 2026 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated:  White Plains, New York
        January 7, 2026

_____
Philip M. Halpern
United States District Judge