**U.S. Department of Justice**

Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 58).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 17, 2026

**BY ECF AND EMAIL**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re: *United States v. Lewis Li*, 25 Cr. 475 (PMH)**

Dear Judge Halpern:

The Government writes, with the consent of the defendant, to request respectfully that the Court enter the attached proposed restitution order.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ______________________
Jorja N. Knauer
Benjamin Levander
Assistant United States Attorneys
(646) 831-4596

cc: Christopher Darden, Esq. (by email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

LEWIS LI

**Consent**
**Order of Restitution**

25 Cr. 475 (PMH)

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Jorja N. Knauer, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count 1 of the Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. <u>Amount of Restitution</u>**

Lewis Li, the defendant, shall pay restitution in the total amount of $3,000, pursuant to 18 U.S.C. § 3663A, to the victim(s) of the offense(s) charged in Count 1. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

**A. Joint and Several Liability**

Restitution is not joint and several with other defendants or with others not named herein.

**B. Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed

Case 7:25-cr-00475-PMH Document 55-1 Filed 07/16/26 Page 2 of 5

proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant, including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of at least ten percent of the defendant's gross income, payable on the 1st of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n), and if the defendant does not participate in the IFRP, his monthly payments while serving his term of imprisonment shall be at least ten percent of the defendant's gross income, payable on the 1st of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United

States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

Case 7:25-cr-00475-PMH Document 55-1 Filed 07/17/26 Page 4 of 5

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: Jorja N. Knauer — 7/7/2026
JORJA N. KNAUER — DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
Tel.: (646) 831-4596

Christopher Darden, Esq. expressly for Lewis Li

By: ______________________ — 7/14/26
LEWIS LI — DATE

By: ______________________ — 7/13/26
CHRISTOPHER DARDEN — DATE
16580 Harbor Blvd., Suite K
Fountian Valley, CA 92708
Tel: (310) 654 – 3369

SO ORDERED:

______________________ — ____________
HONORABLE PHILIP M. HALPERN — DATE
UNITED STATES DISTRICT JUDGE

Case 7:25-cr-00475-PMH Document 51 Filed 07/17/25 Page 5 of 5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

LEWIS LI

**Schedule A**
**To Order of Restitution**

25 Cr. 475 (PMH)

SCHEDULE OF VICTIMS

| **Name** | **Role** | **Address** | **Amount of Restitution** |
|---|---|---|---|
| [redacted] | Victim | [redacted] | $3,000 |